UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-668 DWF/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN HAROLD ROEBKE and<br>HI-TECH FARMS, INC.,<br><br>Defendants,<br><br>NORLING-HENSLIN AUCTIONS, INC.,<br><br>Garnishee. | **PRE-JUDGMENT GARNISHMENT ORDER** |

A Pre-Judgment Writ and Summons of Garnishment was duly issued by this Court and personally served on the garnishee on or about April 19, 2001.

Pursuant to the Pre-Judgment Writ and Summons of Garnishment, the garnishee filed an Answer with this Court on or about April 30, 2001. In its Answer, the garnishee states that at the time of the service of the Pre-Judgment Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of auction proceeds.

On or about April 19, 2001, the defendant was personally served with notice of his right to a hearing as to this garnishment action. The defendant has requested such a hearing.

The answer of the Garnishee indicates that there are no auction proceeds owed to defendant.

FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

THEREFORE, IT IS ORDERED, that the Pre-Judgment Writ of Garnishment served on April 19, 2001, is hereby released.

Dated: 5/7/01

Magistrate Judge
United States District Court